IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SCOTTIE D. LOWE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D13-4567

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed May 5, 2015.

An appeal from an order of the Circuit Court for Leon County.
James C. Hankinson, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger and Joel Arnold, Assistant Public Defenders, Tallahassee, for Appellant; Scottie D. Lowe, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee.

PER CURIAM.

AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.